# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3423

_____

Paul Norfolk

*Plaintiff - Appellant*

v.

Leon Vickers; "Jane Doe" Chandler; Dr. Thomas Baker; Dr. Mullen; Dr. William Rice, MD; Dr. Harry D. Haas, MD; Stormi Moeller; Eric Vogt; Cheryl Clad; Erin Escamille; Angela Laws; John Cook; Dr. Knudsen; Dr. Jane Doe; Dr. John Doe; George Lombardi; Larry Crawford; Dave Dormire; Gale Bailey; Deloise Williams; Stewart Epps; Dr. Michael Sands; Melody Griffith; Jewel Cofield; Corizon, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: July 3, 2014
Filed: July 11, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Paul Norfolk appeals following the district court's[1] adverse grant of summary judgment on the remaining claims in his 42 U.S.C. § 1983 action. Upon careful consideration of the matters Norfolk raises on appeal, we find that they provide no basis for overturning the rulings he challenges. The judgment of the district court is affirmed, see 8th Cir. R. 47B, and we rescind the order granting his motion for an extension of time to file a reply brief.

———————————————

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.